**Dismissed and Memorandum Opinion filed April 12, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00278-CR

_____

**HERNAN SANTAMARIA VALERIO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 64810**

## MEMORANDUM OPINION

After a plea of guilty, appellant was convicted of the offense of possession of a controlled substance and sentenced to 12 years in prison on January 12, 2012. No timely motion for new trial was filed. Appellant's notice of appeal was not filed until March 9, 2012.

A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal which complies with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction. *Slaton v.*

*State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998).   If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal.   Under those circumstances it can take no action other than to dismiss the appeal.   *Id.*

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Seymore, and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b).